IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE HAND PROMOTIONS, INC.                                    PLAINTIFF

v.                         No. 3:17-cv-14-DPM

310 SOUTH BAR & GRILL CORP.,
d/b/a 310 South Bar & Grill a/k/a
Dave's Dawg House; DAVID
McQUAY; TAMMIE McQUAY;
and BILL INMAN                                              DEFENDANTS

## ORDER

There's been no activity in this case for over a year. And the parties still haven't filed their status report. № 15. Unless a party requests some relief before 6 August 2018, the Court will dismiss this case without prejudice for failure to prosecute.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 July 2018