IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE HAND PROMOTIONS, INC.                                PLAINTIFF

v.                        No. 3:17-cv-14-DPM

310 SOUTH BAR & GRILL CORP.,
d/b/a 310 South Bar & Grill a/k/a
Dave's Dawg House; DAVID
McQUAY; TAMMIE McQUAY;
and BILL INMAN                                           DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2018